IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-CR- |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| DOUGLAS WATTS, | : | 22 U.S.C. §§ 612(a) and 618(a)(1) (Acting |
| | : | as an Agent of a Foreign Principal Without |
| Defendant. | : | Registering Under the Foreign Agents |
| | : | Registration Act) |
| | : | |
| | : | 18 U.S.C. § 1001(a)(2) (False Statements to |
| | : | the Federal Bureau of Investigation) |

# I N F O R M A T I O N

The United States Attorney charges that, at all relevant times:

## COUNT ONE

1. From in or around August 2017, and continuing through in or around February 2018, in the District of Columbia and elsewhere, the defendant,

**DOUGLAS WATTS,**

did willfully act as an agent of a foreign principal without filing a registration statement as required under the Foreign Agents Registration Act, in violation of 22 U.S.C. §§ 612(a) and 618(a)(1).

**(Acting as an Unregistered Agent of a Foreign Principal,** in violation of Title 22, United States Code, Sections 612(a) and 618(a)(1))

## COUNT TWO

2. On or about February 11, 2020, in the District of Columbia and elsewhere, the defendant,

**DOUGLAS WATTS**,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, by telling an Federal Bureau of Investigation (FBI) Special Agent that: (1) WATTS was not sure why Avenue Strategies created Company A to do this work and did not do the work itself; (2) WATTS did not know Company A was beneficial to BENNETT's foreign clients; and (3) BENNETT did not tie Company A to Country A, which statements and representations WATTS then and there knew to be false.

(**False Statement or Representation Made to a Department or Agency of the United States**, in violation of Title 18, United States Code, Sections 1001(a)(2))

## COUNT THREE

3. On or about February 27, 2020, in the District of Columbia and elsewhere, the defendant,

**DOUGLAS WATTS**,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, by telling an FBI special agent that (1) WATTS did not believe that Company A was created to benefit or support Avenue Strategies' contract with Country A; (2) BENNETT never told WATTS that Company A was being operated on behalf of Country A; and (3) all of Company A's efforts were for humanitarian awareness purposes, which statements and representations WATTS then and there knew to be false.

(**False Statement or Representation Made to a Department or Agency of the United States**, in violation of Title 18, United States Code, Sections 1001(a)(2))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ JOLIE F. ZIMMERMAN
JOLIE F. ZIMMERMAN
Assistant United States Attorney
D.C. Bar No. 465110
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7220
Jolie.Zimmerman@usdoj.gov

EVAN N. TURGEON
Deputy Chief, Counterintelligence and
Export Control Section

3

National Security Division
U.S. Department of Justice
D.C. Bar No. 1010816; MA Bar No. 675961
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 353-0176
evan.turgeon@usdoj.gov