# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 24-cr-3 (BAH) |
| v. : | |
| : | |
| **DOUGLAS WATTS,** : | |
| Defendant. : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

In this case, tolling under the Speedy Trial Act is warranted for the time "during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct." 18 U.S.C. § 3161(h)(2). Further, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) as the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, on this 2nd day of January, 2024, it is

**ORDERED** that the United States' Unopposed Motion for Continuance and Exclusion of Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that this case shall remain in abeyance until the next status conference; it is further

**ORDERED** that the next status conference is scheduled for March 3, 2025, at 9:30AM, by video or telephone; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next status conference is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE